UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND AND TRAINING PROGRAM FUND, et al.,<br><br>       Petitioners,<br><br>   -against-<br><br>BEY'S SPECIALTY, INC.,<br><br>       Respondent. | 1:22-cv-10768 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Petitioners commenced this action by filing a petition to confirm an arbitration award. *See* ECF No. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **January 19, 2023**. Respondent's opposition, if any, is due by **February 2, 2023**. Petitioners' reply, if any, is due by **February 9, 2023**.

  Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than **January 19, 2023**, and shall file an affidavit of such service with the Court no later than **January 20, 2023**.

  SO ORDERED.

Dated: January 3, 2023
   New York, New York

                              *Jennifer Rochon*
                              JENNIFER L. ROCHON
                              United States District Judge