**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TRUSTEES OF THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND AND
TRAINING PROGRAM FUND, et al.,

                     Petitioners,

      -against-                                          22 **CIVIL** 10768 (JLR)

                                                   **<u>JUDGMENT</u>**

BEY'S SPECIALTY, INC.,

                     Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 20, 2023, the Court has granted Petitioners' unopposed Petition to confirm the Consent Award. Judgment is entered in favor of Petitioners and against Respondent as follows: (a) The arbitration Award dated December 22, 2021 is confirmed; (b) Respondent is ordered to pay Petitioners a total of $36,783.23 pursuant to the terms of the Consent Award; and (c) Respondent is ordered to pay Petitioners post-judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961(a).

**Dated:** New York, New York

      April 20, 2023

                                                    **RUBY J. KRAJICK**

                                                       **Clerk of Court**

                                **BY:**   *K. Mango*

                                                       **Deputy Clerk**